# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

The Thankful Group, LLC

Debtor(s).

CASE NUMBER:

**DEBTOR'S REQUEST TO ACTIVATE ELECTRONIC NOTICING (DeBN)**

Debtor Electronic Bankruptcy Noticing (DeBN) is a voluntary program that enables a debtor to receive by email the orders and court-generated notices normally sent by U.S. mail to a mailing address. **A debtor must complete and file this form with the court to activate a DeBN account. Joint debtors must each complete and file a separate form.**

## ACTIVATION REQUEST

[X] Pursuant to Federal Rule of Bankruptcy Procedure 9036, I request that the court deliver orders and court-generated notices to my email address rather than by U.S. mail to my mailing address.

## DEBTOR'S NAME AND EMAIL ADDRESS

**My name is:** Joshua Castillo

**My email address is:** (CAPITAL letters only)    JOSH@HIGHERGROUNDEVENT.CO

**Confirm email address:** (CAPITAL letters only)    JOSH@HIGHERGEOUNDEVENT.CO

Select one:

[ ] I am the Debtor in this bankruptcy case.

[X] The Debtor in this bankruptcy case is a corporation, partnership, or other legal entity, and I am the authorized representative.

## DEBTOR'S SIGNATURE

1. I understand that **my request is limited** to the email delivery of only orders and court-generated notices that are filed by the U.S. Bankruptcy Court. Documents filed by a bankruptcy trustee, creditors, and other parties that require service upon me must continue to be served by U.S. mail or in person as required by court rules.

2. I understand that by requesting email notification, the court may establish my DeBN account and deliver to me, by email, documents filed by the court **in any current or future case** from any bankruptcy court in which I am listed with the same name and mailing address, including cases in which I am a creditor, plaintiff or defendant.

3. I understand that I will be assigned a DeBN account number and **my DeBN account will be activated** after I complete, sign, and file this *"Debtor's Request to Activate Electronic Noticing (DeBN)"* form.

4. I understand that emails sent by the court's noticing center may arrive in my email spam folder and I should regularly check it for electronic delivery of my orders and court-generated notices. I understand further that my DeBN account will be deactivated by the court if an email is returned undelivered or "bounces back," and the court **will instead serve orders and court-generated notices delivered by U.S. mail to my mailing address.**

*I have read and understand the requirements set forth above and I agree to the terms and conditions of the Debtor Electronic Bankruptcy Noticing (DeBN) program. I request delivery of orders and court-generated notices to my email address indicated above rather than to my mailing address.*

Date: 10/06/2021    Signature: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2018    F 9036-1.1.DeBN.ACTIVATE